**Dismissed and Opinion Filed October 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01479-CV

### IN THE INTEREST OF A.B.A., JR., A MINOR CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-02585**

## MEMORANDUM OPINION
Before Justices Francis, Myers, and Whitehill
Opinion by Justice Francis

Appellant's brief in this case is overdue. By postcard dated July 21, 2017, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

161479F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.B.A., JR., A
MINOR CHILD

No. 05-16-01479-CV

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-02585.
Opinion delivered by Justice Francis.
Justices Myers and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered October 19, 2017.